IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BYRON LEVINGSTON, | ) | No. C 12-4284 LHK (PR) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| L. LOCKE, et al., | ) | |
| Defendants. | ) | |

    The court has dismissed the instant action. A judgment of dismissal without prejudice is entered. The clerk shall close the file.

    IT IS SO ORDERED.

DATED: 7/8/13

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Judgment
G:\PRO-SE\LHK\CR.12\Levingston284jud.wpd